IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

PINKIE BURTON, JR., §
Institutional ID No. 1188484 §
 §
Plaintiff, §
 §
v. § CIVIL ACTION NO. 6:18-CV-000046-C
 §
TEXAS BOARD OF PARDONS & §
PAROLE, *et al.*, §
 §
Defendants. §

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff did not file any objections and the time to do so has passed. The District Court made an independent examination of the relevant portions of the record in this case and reviewed the Magistrate Judge's Report and Recommendation for plain error. Finding none, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that

1) Plaintiff's claims against the Board of Pardons and Parole are **DISMISSED** with prejudice under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1), and

2) Plaintiff's remaining claims are **DISMISSED** with prejudice as frivolous and for failure to state a claim until he can demonstrate that he has complied with the conditions of *Heck v. Humphrey,* 512 U.S. 477 (1994).[1]

---

[1] To the extent Plaintiff raised claims in this civil rights action that are not cognizable under Section 1983 but may be reviewable either under the habeas statutes or under state law, this dismissal will not prejudice his right to raise those claims in a procedurally correct manner.

Plaintiff is advised that if he appeals this Order, he will be required to pay the appeal fee of $505.00 pursuant to the PLRA, and he must submit an application to proceed *in forma pauperis* and a 6-month Certificate of Inmate Trust Account at the same time he files his notice of appeal.

All relief not expressly granted and any pending motions are denied.

Judgment shall be entered accordingly.

SO ORDERED.

Dated June __1__, 2021.

SAM R. CUMMINGS
Senior United States District Judge